BENJAMIN APFEL, Respondent, v. LONDON GUARANTEE & ACCIDENT Co., LTD., Appellant.—Action under section 109 of the Insurance Law to enforce payment of a judgment in a personal injury action. Judgment for plaintiff unanimously affirmed, with costs. Under the circumstances disclosed by this record we believe the contention that the insured failed to co-operate with the defendant was not

sustained, and we also believe that defendant, by its conduct, waived its right to disclaim liability. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.